BASIL O'CONNOR, as Trustee of the Estate of HOTEL GOVERNOR CLINTON, INC., v. MAURICE CANTOR et al., and MILTON GLADSTONE.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CAULDWELL-WINGATE COMPANY v. CITY OF NEW YORK.—

 Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PHILIP L. BERGER v. ELI MELTZER and GEORGE LEDERMAN, Individually and as President and General Manager Respectively of Poultry Shochtim Union of Greater New York, Local 370, et al., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of EDWIN H. GREENLEAF against JONAH J. GOLDSTEIN.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MANZO FOLLINS v. LIBERTY MUTUAL INSURANCE COMPANY et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HENRY C. ELFAST et al., Individually and as Copartners under the Firm Name of ELFAST, FRISK & COMPANY, et al. MILDRED K. STILLWAGGON; ARTHUR C. FRISK et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NATIONAL TRANSPORTATION CO., INC., v. EMERALD CAB CORPORATION et al., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

## (April 30, 1943.)

OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant, v. OTIS ELEVATOR COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LILLIAN B. ROWE, Respondent, v. INVESTORS SYNDICATE TITLE & GUARANTY COMPANY, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

KATHRYNE S. TONTRUP et al., Appellants, v. RECTOR CHURCH WARDEN AND VESTRYMEN OF ST. BARTHOLOMEW'S CHURCH IN THE CITY OF NEW YORK, Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and reinstate verdict for plaintiffs.

GREENWICH SAVINGS BANK, Appellant, v. A. CHARLES SCHWARTZ, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ABRAHAM S. GECHTMAN, Respondent, v. ISIDORE LIPSCHUTZ, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.